FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2021 MAY 26  PM 2: 36

DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.   CASE NO. 6:21-CR-83-PGB-EJK
   21 U.S.C. § 846
BOLIVAR ANIBAL CORDOVA, JR.   21 U.S.C. § 841(a)(1)
JOSE ARMANDO DELGADO MARTINEZ, and
LUIS MANUEL CORDERO

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date, but not later than on or about August 1, 2019, and continuing through on or about May 25, 2021, in the Middle District of Florida, the defendants,

BOLIVAR ANIBAL CORDOVA, JR.
JOSE ARMANDO DELGADO MARTINEZ, and
LUIS MANUEL CORDERO

did knowingly and willfully conspire with each other and other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance.

The violation involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A).

## COUNT TWO

On or about May 4, 2020, in the Middle District of Florida, the defendants,

BOLIVAR ANIBAL CORDOVA, JR. and
LUIS MANUEL CORDERO

aiding and abetting each other, did knowingly and intentionally possess with intent to distribute and distribute a controlled substance. This violation involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B).

## COUNT THREE

On or about May 22, 2020, in the Middle District of Florida, the defendants,

BOLIVAR ANIBAL CORDOVA, JR. and
LUIS MANUEL CORDERO

aiding and abetting each other, did knowingly and intentionally possess with intent to distribute and distribute a controlled substance. This violation involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B).

## COUNT FOUR

On or about July 22, 2020, in the Middle District of Florida, the defendants,

BOLIVAR ANIBAL CORDOVA, JR. and
LUIS MANUEL CORDERO

aiding and abetting each other, did knowingly and intentionally possess with intent to distribute and distribute a controlled substance. This violation involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B).

## COUNT FIVE

On or about December 9, 2020, in the Middle District of Florida, the defendants,

BOLIVAR ANIBAL CORDOVA, JR. and
LUIS MANUEL CORDERO

aiding and abetting each other, did knowingly and intentionally possess with intent to distribute and distribute a controlled substance. This violation involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B).

## COUNT SIX

On or about February 2, 2021, in the Middle District of Florida, the defendants,

BOLIVAR ANIBAL CORDOVA, JR. and
LUIS MANUEL CORDERO

aiding and abetting each other, did knowingly and intentionally possess with intent to distribute and distribute a controlled substance. This violation involved 40 grams

or more of a mixture and substance containing a detectable amount of fentanyl, a schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B).

## COUNT SEVEN

On or about March 18, 2021, in the Middle District of Florida, the defendants,

BOLIVAR ANIBAL CORDOVA, JR., and
LUIS MANUEL CORDERO

aiding and abetting each other, did knowingly and intentionally possess with intent to distribute and distribute a controlled substance. This violation involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B).

## FORFEITURE

1. The allegations contained in Counts One through Seven are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. §§ 846 or 841, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: _____
Dana E. Hill
Assistant United States Attorney

By: _____
Roger B. Handberg
Assistant United States Attorney
Chief, Orlando Division

5

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

BOLIVAR ANIBAL CORDOVA, JR.
JOSE ARMANDO DELGADO MARTINEZ, and
LUIS MANUEL CORDERO

## INDICTMENT

Violations:  21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 26th day of May, 2021.

_____
Clerk

Bail $_____